UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00147 |
| | ) | JUDGE CAMPBELL |
| JAMES ERIC EVERAGE | ) | |

ORDER

Pending before the Court is a Motion to Extend Time for Filing Pretrial Motions (Docket No. 19). The Motion is GRANTED.

The deadline for filing any pretrial motions is extended to October 21, 2013.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE